UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———

BRUCE PARKER,

    Plaintiff,

v.

CATHERINE BAUMAN, et al.,

    Defendants.

_____/

Case No. 2:23-cv-128

Hon. Hala Y. Jarbou

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** pursuant to Plaintiff's "motion to voluntarily dismiss complaint" (ECF No. 12).

Dated: August 7, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE